176 So.2d 451

**Bennie VEALS, Jr.**

v.

**BATON ROUGE COCA–COLA BOTTLING COMPANY, Ltd., et al.**

No. 47838.

July 2, 1965.

In re: Bennie Veals, Jr., applying for certiorari, or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 174 So.2d 824.

The application is denied. According to the facts of the case, as found to be by the Court of Appeal, we can't say the Court erred in their judgment.

176 So.2d 451

**William J. MEYER, Jr.**

v.

**Leon SARPY, Robert Sarpy and Donald F. Blythe, Receiver for Blythe Co., Inc.**

No. 47841.

July 2, 1965.

In re: Donald F. Blythe, Receiver for Blythe Co., Inc., applying for certiorari, or writ of review to the Court of Appeal, Fourth Circuit, Parish of St. Charles. 175 So.2d 387.

Writ refused. On the facts established on the rule for summary judgment, there is no error of law in the judgment of the Court of Appeal.